No. 77–5576. PHILLIPS *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE POWELL would grant certiorari.

No. 77–5671. DITMARS *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–5687. KING *v.* TEXAS. Ct. Crim. App. Tex.;

No. 77–5715. FREEMAN *v.* TEXAS. Ct. Crim. App. Tex.; and

No. 77–5921. GADDIS *v.* GEORGIA.. Sup. Ct. Ga. Certiorari denied. Reported below: No. 77–5687, 553 S. W. 2d 105; No. 77–5715, 556 S. W. 2d 287; No. 77–5921, 239 Ga. 238, 236 S. E. 2d 594.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 77–5695. MOORE *v.* BRIERTON, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–5901. WOODARD ET AL. *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.